**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Prudential Insurance Company of America, | No. CV-24-02706-PHX-KML |
| Plaintiff, | **ORDER** |
| v. | |
| Dylan Houser, et al., | |
| Defendants. | |

    Plaintiff Prudential Insurance Company states it "has limited information on the competence of Defendant Dylan Houser." (Doc. 6 at 1.) Prudential plans to attempt service of process on Dylan by sending a process server to the State Hospital. (Doc. 6 at 2.) Without addressing whether that service will be proper, Prudential may attempt such service.

    Prudential states it "named Joyce Houser as a defendant . . . in her sole capacity as guardian of minor J.D." (Doc. 6 at 2.) Despite that, Prudential then states it has "named both Joyce Houser and J.D. as defendants." (Doc. 6 at 2.) Given that she is not being named in any capacity other than as guardian of J.D., Joyce Houser will not be listed as a separate defendant.

/
/
/
/
/

1 | Accordingly,

2 | **IT IS ORDERED** Prudential shall submit, and the Clerk of Court shall issue, new
3 | summons in the names of 1) Dylan Houser; and 2) Joyce Houser, solely in her capacity as
4 | guardian of J.D.

5 | Dated this 23rd day of October, 2024.

Honorable Krissa M. Lanham
United States District Judge